THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN MATURO, Appellant.

Argued November 16, 1948; decided December 2, 1948.

*Bernhardt M. Meisels* for appellant.

*Miles F. McDonald, District Attorney (Frank Di Lalla* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and FULD, JJ. CONWAY and DYE, JJ., dissent and vote to reverse the judgment except insofar as it convicts the defendant of selling liquor without a license on the ground that the evidence was not sufficient to warrant the finding of guilt thereunder beyond a reasonable doubt (*Tenement House Dept.* v. *McDevitt,* 215 N. Y. 160).